925 F.2d 1456
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Bill CARROLL, Jr., Petitioner-Appellant,
v.
Linwood V. STEPHENSON, Attorney General of North Carolina,
Respondent-Appellee.
 No. 90-6085
 United States Court of Appeals, Fourth Circuit.
 Submitted Sept. 27, 1990.
Decided Feb. 7, 1991.
 
 Bill Carroll, Jr., appellant pro se.
 Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, N.C., for appellee.
 E.D.N.C.
 DISMISSED.
 Before SPROUSE, CHAPMAN and WILKINSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Bill Carroll, Jr. seeks to appeal the district court's order refusing habeas corpus relief pursuant to 28 U.S.C. Sec. 2254. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Carroll v. Stephenson, CA-89-133-HC (E.D.N.C. June 1, 1990). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 DISMISSED